UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
In re:                                                                  Chapter 11

    1060 NEPPERHAN AVE LLC,                      Case No.: 25-22056-shl

                      Debtor.
-------------------------------------x
In re:                                                                  Chapter 11

    KCT, INC.                                                   Case No.: 25-22055-shl

                      Debtor.
-------------------------------------x

**STIPULATION AND ORDER PURSUANT TO LOCAL BANKRUPCY RULE 2090-1(e) AUTHORIZING SUBSTITUION OF COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**This stipulation (the "Stipulation") is entered into this ___ day of February, 2025, by and between Akerman LLP ("Akerman") and Jacobs P.C. ("Jacobs") with respect to the above-captioned chapter 11 cases.**

**WHEREAS**, on January 23, 2025 (the "Petition Date"), 1060 Nepperhan Ave LLC and KCT, Inc., the debtors and debtors in possession herein (the "Debtors") each filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code; and

**WHEREAS**, Akerman has appeared as counsel of record to the Debtors; and

**WHEREAS**, Local Bankruptcy Rule 2090-1(e) requires that an attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown; and

**WHEREAS**, the Debtors now seek to substitute in the firm of Jacobs P.C. as their proposed counsel.

1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AS FOLLOWS:**

1. Akerman LLP is hereby relieved as proposed counsel to the Debtors effective as of January __, 2025.

2. Jacobs P.C. is hereby substituted in as proposed counsel of record to the Debtors.

| Dated: February __, 2025<br>New York, New York | Dated: February __, 2025<br>New York, New York |
|---|---|
| **AKERMAN LLP**<br><br>*Outgoing Counsel to the Debtors*<br><br>By: */s/ Mark S. Lichtenstein*<br>    Mark S. Lichtenstein<br>    1251 Avenue of the Americas, 37th floor<br>    New York, New York 10020<br>    Tel.: (212) 880-3800<br>    E-mail: mark.lichtenstein@akerman.com | **JACOBS P.C.**<br><br>*Incoming Proposed Counsel to the Debtors*<br><br>By: */s/ Robert M. Sasloff*<br>    Robert M. Sasloff<br>    717 Fifth Avenue, 26th Floor<br>    New York, New York 10022<br>    Tel.: (212) 229-0476<br>    E-mail: robert@jacobspc.com |

**DATED: FEBRUARY ____, 2025**
**WHITE PLAINS, NEW YORK**

_____
**HONORABLE SEAN H. LANE**
**UNITED STATES BANKRUPTCY JUDGE**