UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑x

| | |
|---|---|
| In re: | Chapter 11 |
| 1060 NEPPERHAN AVE LLC, | Case No.: 25-22056-shl |
| Debtor. | |

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑x

| | |
|---|---|
| In re: | Chapter 11 |
| KCT, INC. | Case No.: 25-22055-shl |
| Debtor. | |

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑x

**STIPULATION AND ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e) AUTHORIZING SUBSTITUTION OF COUNSEL FOR THE DEBTORS AND DEBTORS IN <u>POSSESSION</u>**

**This stipulation (the "<u>Stipulation</u>") is entered into this 3rd day of February, 2025, by and between Akerman LLP ("<u>Akerman</u>") and Jacobs P.C. ("<u>Jacobs</u>") with respect to the above-captioned chapter 11 cases.**

**WHEREAS**, on January 23, 2025 (the "<u>Petition Date</u>"), 1060 Nepperhan Ave LLC and KCT, Inc., the debtors and debtors in possession herein (the "<u>Debtors</u>") each filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code; and

**WHEREAS**, Akerman has appeared as counsel of record to the Debtors; and

**WHEREAS**, Local Bankruptcy Rule 2090-1(e) requires that an attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown; and

**WHEREAS**, the Debtors now seek to substitute in the firm of Jacobs P.C. as their proposed counsel.

1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AS**

**FOLLOWS:**

1.      Akerman LLP is hereby relieved as proposed counsel to the Debtors effective as of

January 23, 2025.

2.      Jacobs P.C. is hereby substituted in as proposed counsel of record to the Debtors.

| **Dated: February 3, 2025**<br>**New York, New York** | **Dated: February 3, 2025**<br>**New York, New York** |
|---|---|
| **AKERMAN LLP**<br><br>*Outgoing Counsel to the Debtors*<br><br>By: */s/ Mark S. Lichtenstein*<br>    Mark S. Lichtenstein<br>    1251 Avenue of the Americas, 37th floor<br>    New York, New York 10020<br>    Tel.: (212) 880-3800<br>    E-mail: mark.lichtenstein@akerman.com | **JACOBS P.C.**<br><br>*Incoming Proposed Counsel to the Debtors*<br><br>By: */s/ Robert M. Sasloff*<br>    Robert M. Sasloff<br>    717 Fifth Avenue, 26th Floor<br>    New York, New York 10022<br>    Tel.: (212) 229-0476<br>    E-mail: robert@jacobspc.com |

**DATED: FEBRUARY 27, 2025**
        **WHITE PLAINS, NEW YORK**

                                        */s/ Sean H. Lane*
                                        **HONORABLE SEAN H. LANE**
                                        **UNITED STATES BANKRUPTCY JUDGE**

2